## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSICA OLSEN, and TERI R. SMITH, on behalf of themselves and the Class Members described herein;<br><br>            Plaintiffs,<br><br>   vs.<br><br>NELNET, INC., a Nebraska Corporation; NELNET DIVERSIFIED SOLUTIONS, LLC, a Nebraska limited liability company; and NELNET SERVICING, LLC, a Nebraska limited liability company;<br><br>            Defendants. | **4:18CV3081**<br><br>**ORDER** |

This matter comes before the Court on the parties' NECivR 29.1 Discovery Stipulation and Request to Adjourn and Reset Status Hearing (Filing No. 98).  After review of the stipulation,

**IT IS ORDERED:**

1. The parties' NECivR 29.1 Discovery Stipulation and Request to Adjourn and Reset Status Hearing (Filing No. 98) is granted.

2. The deadline to complete one Rule 30(b)(6) deposition of defendants is extended to **February 28, 2020**.

3. The status conference scheduled for February 28, 2020, is cancelled.  A status conference to further discuss case progression will be held with the undersigned magistrate judge on **March 6, 2020, at 3:00 p.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

Dated this 26th day of February, 2020.

                        BY THE COURT:

                        s/ Michael D. Nelson
                        United States Magistrate Judge