IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSICA OLSEN and TERI R. SMITH, on behalf of themselves and the Class Members described herein,<br><br>Plaintiffs,<br><br>vs.<br><br>NELNET, INC., a Nebraska Corporation, et al.,<br><br>Defendants. | 4:18-CV-3081<br><br><br><br>ORDER |

It appears from the plaintiff's motion for leave to file a second amended complaint (filing 99) and the defendants' motion to dismiss (filing 105) that the parties are in agreement on one thing: that plaintiff Teri R. Smith's claims should be dismissed without prejudice. Accordingly,

IT IS ORDERED:

1. Smith's claims are dismissed without prejudice, and Smith is terminated as a party.

2. The plaintiffs' motion for leave to amend (filing 99) and the defendants' motion to dismiss (filing 105) remain pending as to plaintiff Jessica Olsen.

3. The motion to withdraw of Smith's counsel (filing 109) is denied as moot.

Dated this 27th day of March, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge