IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSICA OLSEN, on behalf of herself and the Class Members described herein,<br><br>          Plaintiff,<br><br>vs.<br><br>NELNET, INC., a Nebraska corporation, et al.<br><br>          Defendants. | 4:18-CV-3081<br><br>JUDGMENT |

On the parties' stipulation to dismiss with prejudice (filing 132), this case is dismissed, the plaintiff's claims with prejudice and the putative class members' claims without prejudice, with each party to bear their own costs.

Dated this 27th day of April, 2020.

BY THE COURT:

*[signature]*

John M. Gerrard
Chief United States District Judge